IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:17-CV-628

| | |
|---|---|
| RODRIGUEZ MARTINEZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALPHA TECHNOLOGIES SERVICES, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER**

This matter comes before the Court on Plaintiffs' Motion for Conditional Certification of a Collective Action, For Disclosure of Contact Information for Potential Opt-in Plaintiffs and to Distribute Court-Approved Notice Pursuant to 29 U.S.C. § 216(b) and the accompanying Memorandum in Support of Plaintiffs' Motion and the Declarations of the named Plaintiffs. The Court hereby GRANTS the Plaintiffs' Motion and authorizes the Notice attached as Exhibit 3 to Plaintiffs' Memorandum for distribution to potential opt-in Plaintiffs by U.S. mail, email and through Facebook. The Court further approves the Consent to Sue Form, attached as Exhibit 4 to Plaintiffs' Memorandum, for distribution to the putative members of the collective actions. The date limiting the preliminary joinder of opt-in Plaintiffs filing Consent to Sue forms shall be six (6) months from the date on which the complete addresses and names of putative class members are produced by Defendants in accordance with this Order.

The Defendants are hereby ORDERED to provide Plaintiffs with the full names, date(s)

of employment, job title(s), last known addresses, email addresses, telephone number, and date of birth of all putative class members. This production shall be made within fourteen (14) days of the entry of this Order.

SO ORDERED this the _____ day of _____, 2018.