# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Pedro Rodriguez Martinez, Mateo Hernandez Lopez and Elmer Menjivar Argeta, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Alpha Technologies Services, Inc., East Carolina Commercial Services, LLC, Solar Guys, Inc., César Mendoza, and Jorge Ramos,<br><br>    Defendants. | CASE NO: 5:17-cv-628 |

**CONSENT TO JOIN FLSA UNPAID WAGES LAWSUIT**

I CONSENT to join the above-captioned lawsuit, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"), as to my claims for unpaid minimum wage and/or overtime wages under the FLSA against Defendants. By filing this consent, I hereby designate Pedro Rodriguez Martinez, Mateo Hernandez Lopez and Elmer Menjivar Argeta ("Named Plaintiffs'), and/or any individuals who are later designated as representatives in this FLSA action, as my agents to make decisions on my behalf concerning this litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with the Named Plaintiffs' attorneys concerning attorneys' fees and costs, and all other matters concerning this lawsuit.

I hereby authorize the attorneys of the North Carolina Justice Center and Blue LLP, as well as any other attorneys they may associate with, to represent me for all purposes in this litigation. I understand that I will not be charged for my attorneys' services.

I acknowledge that this consent is intended to be filed to recover minimum wages and overtime wages against Defendants. I understand that I will be bound by any judgment of the Court, whether favorable or unfavorable, and that I will be bound by and share in any settlement that may be negotiated on behalf of Plaintiffs.

_____  _____
Printed Name                             Date


_____
Signature

EN LA CORTE DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ORIENTAL DE CAROLINA DEL NORTE
DIVISION OESTE

| | |
|---|---|
| Pedro Rodríguez Martinez, Mateo Hernández Lopez y Elmer Menjivar Argeta, de sis mismos y otros similarmente situados, )<br>)<br>)<br>)<br>Demandantes, )<br>)<br>Contra, )<br>)<br>Alpha Technologies Services, Inc., East Carolina Commercial Services, LLC, Solar Guys, Inc., César Mendoza, y Jorge Ramos, )<br>)<br>)<br>)<br>Demandados. ) | CASE NO: 5:17-cv-628 |

**CONSENTIMIENTO PARA UNIRSE A LA DEMANDA
DE SALARIOS NO PAGADOS DE FLSA**

ESTOY DE ACUERDO en unirme a la demanda arriba indicada, de conformidad con 29 U.S.C. § 216(b) de la ley de Normas Justas de Trabajo ("FLSA"), en cuanto a mis reclamos de salario mínimo y/ o pago de horas extras no pagado bajo la FLSA contra los Demandados. Al unirme y dar mi consentimiento a esta demanda, yo designo a Pedro Rodríguez Martinez, Mateo Hernández Lopez y Elmer Menjivar Argeta ("Demandantes Nombrados"), y/o cualquier otro individuos que más tarde sean designado como representativos en esta acción bajo el FLSA, como mis agentes para tomar decisiones de mi parte con respete a este caso, incluyendo el método y la manera de conducir la litigación, al entrar en acuerdos de negociación, aceptar acuerdos con los abogados de los Demandantes Nombrados en respeto a sus honorarios y los gastos legales, y todos los demás asuntos relacionados con esta demanda.

Por la presente, autorizo a los abogados del Centro de Justicia de Carolina del Norte y Blue LLP, así como a cualquier otro abogado con el que puedan asociarse, a representarme a todos los efectos en este litigio. Entiendo que no se me cobraran los servicios de mis abogados.

Reconozco que este consentimiento es para recuperar sueldos mínimos y sueldos por tiempo extra no pagados en contra de los Demandados. Entiendo que estaré obligado por cualquier juicio del Tribunal, ya sea favorable o desfavorable, y que estaré obligado por y participare en cualquier acuerdo negociado de parte de todos los Demandantes.

_____  _____
Nombre                                                    Fecha

_____
Firma