THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:17-CV-628

| | |
|---|---|
| PEDRO RODRIGUEZ MARTINEZ, MATEO HERNANDEZ LOPEZ, ELMER MENJIVAR ARGETA, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ALPHA TECHNOLOGIES SERVICES, INC., EAST CAROLINA COMMERCIAL SERVICES, LLC, SOLAR GUYS, INC., CESAR MENDOZA, and JORGE RAMOS, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| ALPHA TECHNOLOGIES SERVICES, INC., | ) ) ) |
| Crossclaim Plaintiff, | ) ) |
| vs. | ) ) |
| SOLAR GUYS, INC., | ) ) |
| Crossclaim Defendant. | ) ) |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed

Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of

Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Proposed Notice, Plaintiffs Pedro Rodriguez Martinez, Mateo Hernandez Lopez and Elmer Menjivar Argeta ("Plaintiffs") respectfully request, pursuant to Federal Rules of Civil Procedure 23(e) and (g), that the Court enter an Order:

1) Granting preliminary approval to the Settlement Agreement (attached as Exhibit A)[1] reached between Plaintiffs and Defendants Alpha Technologies Services, Inc., Solar Guys, Inc., East Carolina Commercial Services, LLC, Cesar Mendoza and Jorge Ramos ("Defendants") (collectively, the "Parties");

2) Conditionally certifying the Settlement Class as any and all individuals engaged in the construction of IS46 through Defendant East Carolina Commercial Services, either individually or jointly with one or more of the other Defendants, at any time from December 20, 2015 until July 31, 2016;

3) Appointing Clermont Ripley and Carol Brooke of the North Carolina Justice Center and Dhamian Blue of Blue, LLP as Class Counsel;

4) Appointing Analytics, LLC as Settlement Administrator;

5) Approving the Plaintiffs' proposed Notices (attached as Exhibit B and C) to be sent via U.S. Mail, posted on a dedicated website, and shared via Facebook, as well as via e-mail where possible; and

6) Scheduling a fairness hearing on the proposed Settlement Agreement.

---

[1] The parties came to agreement on the final Settlement Agreement today, January 31, 2020. Therefore, Plaintiffs do not have a fully executed version of the document to provide to the Court at this time but, can supplement the record with a fully executed version if required. In addition, the Settlement Agreement refers to an Exhibit C, which is the proposed preliminary approval order. That document is attached to this Motion as the proposed order and is therefore not attached to the Settlement Agreement.

Respectfully submitted, this the 31st day of January, 2020.

/s/ Clermont F. Ripley
Clermont F. Ripley
N.C. Bar No. 36761
Carol L. Brooke
N.C. Bar No. 29126
North Carolina Justice Center
PO Box 28068
Raleigh, NC 27611
919-856-2154
clermont@ncjustice.org

Dhamian A. Blue
N.C. Bar No. 31405
BLUE LLP
205 Fayetteville Street, Suite 300
Raleigh, NC 27601
919-833-1931
dab@bluellp.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Daniel Boyce, dboyce@nexsenpruet.com

William H. Floyd, III, wfloyd@nexsenpruet.com

Amie F. Carmack, acarmack@morningstarlawgroup.com

John T. Kivus, jkivus@morningstarlawgroup.com

Shannon R. Joseph, sjoseph@morningstarlawgroup.com

Matthew J. Segal, matthew.segal@pacificalawgroup.com

Sarah C. Johnson, sarah.johnson@pacificalawgroup.com

Kathryn F. Abernethy, Katie.abernethy@thenoblelaw.com

      Respectfully submitted,

      s/ Clermont F. Ripley
      Clermont F. Ripley
      NC Bar # 36761
      clermont@ncjustice.org
      North Carolina Justice Center
      P.O. Box 28068
      Raleigh, North Carolina 27611
      Phone: (919) 856-2154
      Fax: (919) 856-2175