IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:17-CV-628-FL

| | |
|---|---|
| PEDRO RODRIGUEZ MARTINEZ, MATEO HERNANDEZ LOPEZ, ELMER MENJIVAR ARGETA, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| ALPHA TECHNOLOGIES SERVICES, INC., EAST CAROLINA COMMERCIAL SERVICES, LLC, SOLAR GUYS, INC., CESAR MENDOZA, and JORGE RAMOS, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| | ) |
| ALPHA TECHNOLOGIES SERVICES, INC., | ) ) ) |
| Crossclaim Plaintiff, | ) ) |
| vs. | ) ) ) |
| SOLAR GUYS, INC., | ) ) |
| Crossclaim Defendant. | ) ) |

## <u>ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING SETTLEMENT CLASS, APPOINTING CLASS COUNSEL AND APPROVING CLASS NOTICE</u>

This matter is before the Court on the Plaintiffs' Unopposed Motion pursuant to

Rule 23(e), Fed. R. Civ. P., for Preliminary Approval of Class Action Settlement,

Conditional Certification of Settlement Class, Appointment of Class Counsel and Approval of Plaintiffs' Proposed Notice ("Motion"). DE 181.

WHEREAS, a proposed Class Action Settlement Agreement (the "Settlement") has been reached between the parties on behalf of a defined proposed Settlement Class which resolves certain claims alleged against Defendants;

WHEREAS, the Court, for the purposes of this Order, adopts all defined terms as set forth in the Settlement;

WHEREAS, this matter has come before the Court pursuant to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Class Notice under Fed. R. Civ. P. 23(e);

WHEREAS, Defendants do not oppose the Court's entry of the proposed Preliminary Approval Order;

WHEREAS, the Court has considered all of the submissions related to the Motion and is otherwise fully advised of all relevant facts in connection therewith.

IT IS HEREBY ORDERED AS FOLLOWS:

I.   **Preliminary Approval of Class Action Settlement**

For the reasons outlined in the Motion, the Court finds that the proposed settlement terms, including the proposed Plan of Allocation, are fair, adequate, and within the range of reasonableness for preliminary approval under Fed. R. Civ. P. 23(e). Accordingly, the Motion is Granted.

II.  **Preliminary Class Certification Findings**

Pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, the Court certifies, solely for purposes of effectuating the proposed Settlement, a Settlement

2

Class consisting of any and all individuals engaged in the construction of 1S46 through Defendant East Carolina Commercial Services, either individually or jointly with one or more of the other Defendants, at any time from December 20, 2015 until July 31, 2016. Excluded from the Settlement Class are Defendants and their respective officers and directors. Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.

Solely for purposes of the proposed Settlement of this Action, the Court finds that it will likely be able to approve, under Rule 23(e)(2), the proposed Settlement Class as defined above, and that all prerequisites to certification of a Settlement Class have been met: (a) the members of the Settlement Class are so numerous that their joinder in the Action would be impracticable; (b) there are questions of law and fact common to the Settlement Class which predominate over any individual questions; (c) the claims of the Named Plaintiffs in the Action are typical of the claims of the Settlement Class; (d) the Named Plaintiffs and Lead Counsel have and will fairly and adequately represent and protect the interests of the Settlement Class; and (e) a class action is superior to other available methods for the fair and efficient adjudication of this action.

The Court hereby finds and concludes that pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the purposes of the Settlement only, the Named Plaintiffs are adequate class representatives and certifies them as the Class Representatives for the Settlement Class. The Court also appoints Plaintiffs' Counsel as Class Counsel for the Settlement Class, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, and are

3

authorized to take, together with Defendants, all appropriate steps to implement the Settlement, including the approved notice plan.

a. **Notice to Class Members**.

The Court finds that the proposed content, format, and method of disseminating Notice, as set forth in the Memorandum, including direct First Class mailed notice to all known addresses and a targeted publication campaign using Facebook is the best notice practicable under the circumstances and satisfies all the requirements provided in Rule 23(c)(2)(B) and due process.

The proposed Notice to Settlement Class Action Members of Proposed Settlement, Deadline for Objections, and Opportunity to Withdraw (the "Notice") is both a neutral and comprehensive document that fairly apprises the Settlement Class Members of (i) the pendency of the class action, (ii) the substance of the litigation, (iii) the reasons for compromising the claims, (iv) the terms of the proposed settlement, and (v) the opportunity to withdraw. The Notice also provides the Settlement Class Members with an opportunity to obtain any necessary further information and apprises them of their right to object to the settlement, the objection deadline, and the date of the hearing on this Court's final approval, if any, of the Settlement Agreement.

III.     **Other Provisions**

Analytics, LLC is hereby appointed as the Settlement Administrator and is authorized to carry out the steps in the Settlement.

The Court hereby preliminarily approves the Settlement as embodied in the proposed Settlement Agreement, as being fair, reasonable and adequate to the Settlement

4

Class, subject to further consideration at the Settlement Hearing to be conducted as described below.

The Court will hold a settlement hearing (the "Settlement Hearing") at the United States Courthouse, New Bern, North Carolina, on **May 15, 2020, at 10:00 a.m.**, for the following purposes: (a) to determine whether the proposed Settlement on the terms and conditions provided for in the Settlement Agreement is fair, reasonable and adequate to the Settlement Class, and should be approved by the Court; (b) to determine whether a Judgment substantially in the form attached as Exhibit B to the Settlement Agreement should be entered dismissing the Action with prejudice against Defendants; (c) to determine whether the proposed Plan of Allocation for the proceeds of the Settlement is fair and reasonable and should be approved; (d) to determine whether the motion by Plaintiffs' Counsel for an award of attorneys' fees and reimbursement of litigation expenses should be approved; and (e) to consider any other matters that may properly be brought before the Court in connection with the Settlement. Notice of the Settlement and the Settlement Hearing shall be given to Settlement Class Members as set forth in section III. of this Order.

If the Settlement is terminated as provided in the Settlement Agreement, the Settlement is not approved, or the Effective Date of the Settlement otherwise fails to occur, this Order shall be vacated, rendered null and void and be of no further force and effect, except as otherwise provided by the Settlement Agreement, and this Order shall be without prejudice to the rights of the Named Plaintiffs, the other Settlement Class members and Defendants, and the Parties shall revert to their respective positions in the Action as of November 8, 2019, as provided in the Settlement Agreement.

Neither this Order nor the Settlement Agreement, including the exhibits thereto and the Plan of Allocation contained therein (or any other plan of allocation that may be approved by the Court), the negotiations leading to the execution of the Settlement Agreement, nor any proceedings taken pursuant to or in connection with the Settlement Agreement and/or approval of the Settlement (including any arguments proffered in connection therewith): (a) shall be offered against any of the Defendants or the Released Parties as evidence of, or construed as, or deemed to be evidence of any presumption, concession, or admission by any of the Defendants or the Release Parties with respect to the truth of any fact alleged by the Named Plaintiffs or the validity of any claim that was or could have been asserted or the deficiency of any defense that has been or could have been asserted in this Action in any other litigation, or of any liability, negligence, fault or other wrongdoing of any kind of any of the Defendants or the Released Parties in any civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Settlement Agreement; or (c) shall be construed against any of the Released Parties as an admission, concession, or presumption that the consideration to be given under the Settlement represents the amount which could be or would have been recovered after trial; provided, however, that if the Settlement is approved by the Court, the Parties and the Released Parties and their respective counsel may refer to it to effectuate the protections from liability granted thereunder or otherwise to enforce the terms of the Settlement.

The Court retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.

6

Additionally, the court ORDERS the following:

1)   Not later than **14 days** after entry of this order, plaintiffs must file an executed copy of the Settlement on the record.

2)   Plaintiffs shall distribute the short and long notices, as attached hereto as Exhibits A and B.  As noted therein, the court has set **April 21, 2020**, as the deadline by which exclusions and objections to the Settlement must be postmarked, and **May 15, 2020**, at **10:00 a.m.** as the time at which the fairness hearing will occur.

3)   Plaintiffs shall distribute the short and long notices, pursuant to the manner described in the instant motion and its accompanying memorandum, not later than **14 days** after entry of this order.[1]

4)   Certification of date(s) any notice was mailed shall be made on the record not later than **May 5, 2020.**

5)   On or before **May 12, 2020**, copy of any written objection to the Settlement shall be filed on the record.

     SO ORDERED, this the 7th day of February, 2020.

LOUISE W. FLANAGAN
United States District Judge

---

[1]    When plaintiffs receive notification, if any, of a new or different mailing address subsequent to initial distribution, they immediately shall attempt another distribution addressed to the new or different mailing address, in any event not later than three days.

7

# EXHIBIT A

## <u>LEGAL NOTICE</u>

## If you worked at the Solar Farm on Roslin Farm Road in Hope Mills, NC in 2015 or 2016, you could get a payment from a class action settlement.

A proposed settlement has been reached in a class action lawsuit filed against Alpha Technologies Services, Inc, East Carolina Commercial Services, LLC, Solar Guys, Inc., Cesar Mendoza and Jorge Ramos (the "Defendants"), by individuals who worked in the construction of the solar panel facility known as IS46 in Hope Mills, NC. If you are part of the proposed settlement class, you may get in touch with the attorneys representing the class to ensure you receive your payment, or you can exclude yourself from the settlement, or object to it. The United States District Court for the Eastern District of North Carolina authorized this notice. Before any money is paid, the Court will hold a hearing to decide whether to approve the settlement.

### Who's Included?

You are a Settlement Class Member and could get benefits if you were engaged in the construction of IS46 (the Hope Mills Solar Farm) through East Carolina Commercial Services, either directly or with another company, at any time from December 20, 2015 through July 31, 2016. To find out if you are among those people, visit www.HopeMillsSolar.com.

### What's This About?

The lawsuit claimed that the Defendants misclassified the plaintiffs and their coworkers as independent contractors rather than employees, failed to pay them overtime, illegally deducted money from for Workers' Compensation insurance, required workers to purchase their own personal protective gear and did not pay workers for all hours worked. The Defendants deny that they were the employers of the workers and deny they did anything wrong. The Court did not decide who was right or wrong.

### What Does the Settlement Provide?

The defendants will pay $250,000 into a settlement fund that will be used to make settlement payments to Settlement Class Members and people who previously filed a form in this lawsuit called Consent to Join FLSA Unpaid Wage Lawsuit and to pay attorneys' fees and costs. More details about the payments are available at www.HopeMillsSolar.com.

### How Do You Ask for a Payment?

To ensure you receive your payment, if you have moved, you should submit a Change of Address Form as soon as possible to make sure the settlement administrator can send you your payment. More details and a Change of Address Form are included in the long notice, at www.HopeMillsSolar.com.

### What Are Your Other Options?

If you don't want to be legally bound by the settlement, or want to pursue your own separate lawsuit, you must exclude yourself by **April 21, 2020**. If you exclude yourself, you can't get money from this settlement. If you stay in the settlement, you can ask the Court to deny approval by filing or submitting an objection by **April 21, 2020**. The attached notice package explains how to exclude yourself or object. The Court will hold a hearing on **May 15, 2020, at 10:00 a.m.** to consider whether to approve the settlement and a request by the lawyers representing all Settlement Class Members for a payment of attorneys' fees and costs, for investigating the facts, litigating the case, and negotiating the settlement. You may attend the hearing, but you don't have to.

**Solar Farm Class Counsel, NC Justice Center, PO Box 28068, Raleigh, NC 27611-8068**
**SolarFarmClassAction@ncjustice.org/ 1-866-415-1389/ www.HopeMillsSolar.com**

EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

# If you worked at the Solar Farm on Roslin Farm Road in Hope Mills, NC in 2015 or 2016, you may be eligible for a payment.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- The parties have reached a proposed settlement to resolve a lawsuit over whether the workers who built the Hope Mills Solar Farm were employees entitled to overtime, who their employers were, and whether they are entitled to be reimbursed for the cost of purchasing personal protective gear and for deductions from their pay for workers' compensation.

- Under the proposed settlement, class members will be eligible to receive settlement payments in amounts that will vary based on whether the class member worked overtime hours and amounts deducted from his or her pay for workers' compensation insurance according to the available records. More details about the settlement are provided in this document and are available by contacting Class Counsel or visiting HopeMillsSolar.com.

- Your legal rights are affected whether you act, or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CHANGE OF ADDRESS FORM** | This will ensure you receive your payment, if you are entitled to one. |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Alpha Technologies Services, Inc., East Carolina Commercial Services, LLC, Solar Guys, Inc., Cesar Mendoza or Jorge Ramos, about the legal claims in this case. |
| **OBJECT** | Tell the Court why you don't like the settlement. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and, if there are any appeals, if the appeals are resolved in favor of the settlement. Please be patient.

**Contáctenos para información en español: 1-866-415-1389 / HopeMillsSolar.com**

1

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ............................................................ **PAGE 3**
1. Why did I get this notice package?
2. What is this lawsuit about?
3. Why is this a class action?
4. Why is there a settlement?

**WHO IS IN THE SETTLEMENT** ................................................. **PAGE 4**
5. How do I know if I am part of the settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET** ....................... **PAGE 4**
6. What does the settlement provide?
7. How much will my payment be?

**HOW YOU GET A PAYMENT** ................................................... **PAGE 5**
8. How can I get a payment?
9. When would I get my payment?
10. What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ...................... **PAGE 6**
11. How do I get out of the settlement?
12. If I don't exclude myself, how does that impact my legal rights?
13. If I exclude myself, can I get money from this settlement?

**THE LAWYERS REPRESENTING YOU** ........................................ **PAGE 6**
14. Do I have a lawyer in the case?
15. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** .......................................... **PAGE 7**
16. How do I tell the Court that I don't like the settlement?
17. What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING** ......................................... **PAGE 8**
18. When and where will the Court decide whether to approve the settlement?
19. Do I have to come to the hearing?
20. What happens if I do nothing at all?

**GETTING MORE INFORMATION** .............................................. **PAGE 9**
21. Are there more details about the settlement?
22. How do I get more information?

# BASIC INFORMATION

## 1. Why did I get this notice package?

You received this notice because your name is included in payroll and/or timekeeping records maintained by East Carolina Commercial Services showing that you worked at the Hope Mills Solar Farm between December 20, 2015 and July 31, 2016 or because you previously joined this case by submitting a form called Consent to Join FLSA Unpaid Wage Lawsuit.

The Court authorized the Plaintiffs' lawyers to send you this notice because you have a right to know about a proposed settlement of a class action lawsuit, and about all of your options, before the Court decides whether to approve the settlement. If the Court approves it and after objections and appeals are resolved, a settlement administrator appointed by the Court will make the payments that the settlement allows.

This package explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Eastern District of North Carolina, and the case is known as *Rodriguez Martinez, et al, v. Alpha Technologies Services, Inc.*, Case No. 5:17-CV-628. The people who sued are called Plaintiffs. They are Mateo Hernandez Lopez, Pedro Rodriguez Martinez and Elmer Menjivar Argeta. The company and the people they sued, Alpha Technologies Services, Inc., East Carolina Commercial Services, LLC, Solar Guys, Inc., Cesar Mendoza and Jorge Ramos, are called the Defendants.

## 2. What is this lawsuit about?

The lawsuit alleged that the Defendants misclassified the Plaintiffs and their coworkers as independent contractors rather than employees, failed to pay the workers overtime, illegally deducted money from workers' pay for Workers' Compensation insurance, required workers to purchase their own personal protective gear such as hard hats, safety glasses, gloves and vests, and did not pay workers for all hours worked. The Defendants deny that they were the employers of the workers and deny they did anything wrong.

## 3. Why is this a class action?

In this class action, one or more people called Class Representatives (in this case Pedro Rodriguez Martinez, Mateo Hernandez Lopez, and Elmer Menjivar Argeta), sued on behalf of people who have similar claims. All these people are a Class or Class Members. One court resolves the issues for all Class Members, except for those who exclude themselves from the Class. U.S. District Judge Louise Flanagan is the federal judge presiding over this class action.

## 4. Why is there a settlement?

The Court did not decide in favor of Plaintiffs or Defendants. The Plaintiffs think they could have won all or most of their claims and recovered back wages and liquidated damages for the class members if they won at trial. The Defendants think the Plaintiffs would not have won anything from a trial because none of them were legally the employer of the Class Members and they believe they complied with the law. But there was no trial. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the members of the proposed class will get compensation. The Class Representatives and the attorneys for both sides think the settlement is fair for all Class Members and for the Defendants.

# WHO IS IN THE SETTLEMENT

## 5. How do I know if I am part of the settlement?

A list of everyone included in the Settlement Class is attached at the end of this Notice.

Judge Flanagan decided that everyone who fits this description is a member of the Settlement Class: *Any and all individuals engaged in the construction of IS46 through Defendant East Carolina Commercial Services, either individually or jointly with one or more of the other Defendants, at any time from December 20, 2015 until July 31, 2016.* The people who previously filed a Consent to Join FLSA Unpaid Wage Lawsuit (the "Opt-ins") are also included even if they don't fit in the Settlement Class definition.

If you are still not sure whether you are included, you can ask for free help. You can call 1-866-415-1389, or contact us through HopeMillsSolar.com, or email SolarFarmClassAction@ncjustice.org for more information.

# THE SETTLEMENT BENEFITS—WHAT YOU GET

## 6. What does the settlement provide?

The Defendants have agreed to pay $250,000 into a settlement fund to be divided among the Class Members and Opt-ins, provide incentive payments for the Class Representatives and other individuals who responded to discovery requests, and to pay Class Counsels' fees and costs.

## 7. How much will my payment be?

Your share of the fund will depend on the exact dates and hours per week you worked, your rate of pay, how much money was deducted from your pay for Workers' Compensation insurance, and whether you are an Opt-in (meaning you submitted a Consent to Join FLSA Unpaid Wage Lawsuit).

4

Everyone in the class will receive a payment equal to the amount that was deducted from his or her paycheck for "WC" during the relevant time period and $35 towards reimbursing him or her for cost of purchasing personal protective gear. In addition, the Opt-ins (people who previously submitted a Consent to Join FLSA Unpaid Wage Lawsuit) will get a payment equal to the amount they are owed in overtime during any workweeks falling within three years of submitting the form. Taxes will be withheld from the portion of this payment that is considered wage damages.

If after one year there is still money remaining in the Settlement Fund because some Class Members could not be located, the remaining money will be distributed to the Class Members and Opt-ins who received the first payment. Each person getting a second distribution will get the same percentage of the total amount Class Counsel believes they are owed based on the available records.

To find out exactly how much your payment will be before taxes, contact Class Counsel at 1-866-415-1389, SolarFarmClassAction@ncjustice.org, or through HopeMillsSolar.com.

# HOW YOU GET A PAYMENT

## 8. How can I get a payment?

To receive your payment, you need to provide your current address. A Change of Address form is attached to this Notice. You may also request a Change of Address form at www.HopeMillsSolar.com or by emailing Class Counsel at SolarFarmClassAction@ncjustice.org. You can also contact Analytics LLC, the Settlement Administrator, at 1-877-318-1027.

You can also make sure your coworkers get their payment by sharing this Notice with people you know whose name appears on the list of Settlement Class Members and encouraging them to contact Class Counsel.

## 9. When would I get my payment?

The Court will hold a hearing on **May 15, 2020**, to decide whether to approve the settlement. If Judge Flanagan approves the settlement and that decision is not overturned on appeal, the settlement administrator will begin sending people their payments as soon as possible after the approval. In order to make sure you receive your payment, contact Class Counsel with your current address.

## 10. What am I giving up to get a payment or stay in the Class?

Unless you exclude yourself, you are staying in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against Alpha Technologies Services, Inc., East Carolina Commercial Services, LLC, Solar Guys, Inc., Cesar Mendoza or Jorge Ramos about the legal issues in *this* case or in any way related to the claims in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you do not exclude yourself, you will agree to a "Release of Claims," described below, which describes exactly the legal claims that you give up if you stay in the Class.

5

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this settlement, but you want to keep the right to sue or continue to sue any of the Defendants about these same legal issues on your own, then you must take steps to get out of this case. This is called excluding yourself or opting out of the settlement Class.

### 11. How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter saying that you want to be excluded from *Rodriguez Martinez v. Alpha Technologies Services, Inc.* Be sure to include your name, address, telephone number, and your signature. You must mail, e-mail or fax your exclusion request postmarked no later than **April 21, 2020** to:

> Solar Farm Class Counsel
> North Carolina Justice Center
> P.O. Box 28068
> Raleigh, NC 27611-8068
> Fax: (919) 856-2175
> E-mail: SolarFarmClassAction@ncjustice.org

If you ask to be excluded, you will not get any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit.

### 12. If I stay in the Class, how does that impact my legal rights??

Unless you exclude yourself, you give up any right to separately sue any of the Defendants for the claims that this settlement resolves. This is called a "Release of Claims." If you have a pending lawsuit speak to your lawyer in that case immediately. You must exclude yourself from *this* Class to continue your own lawsuit. Remember, the exclusion deadline is **April 21, 2020**.

### 13. If I exclude myself, can I get money from this settlement?

No. If you ask to be excluded, you will not get any settlement payment. You may be able to sue (or continue to sue) any of the Defendants in the future. However, lawsuits are subject to being dismissed if claims are not filed within applicable time limits. If you exclude yourself from this action, those time limits will start running again.

6

# THE LAWYERS REPRESENTING YOU

## 14. Do I have a lawyer in this case?

The Court decided that Ms. Clermont Ripley, Esq., and Ms. Carol Brooke, Esq., of the North Carolina Justice Center and Mr. Dhamian Blue, Esq., of Blue LLP are qualified to represent you and all Settlement Class Members. These lawyers are called "Class Counsel" and you may contact them if you have questions about your rights in this case or about the lawsuit. Clermont Ripley and Carol Brooke speak Spanish. You can contact them at:

Clermont Ripley                          Dhamian Blue
Carol Brooke                             Blue LLP
North Carolina Justice Center            205 Fayetteville Street
PO Box 28068                             Raleigh, NC 27601
Raleigh, NC 27611-8068                   (919) 833-1931
(919) 856-2162
(866) 415-1389 (Toll Free)
SolarFarmClassAction@ncjustice.org
Se habla español

You and the Settlement Class Members will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 15. How will the lawyers be paid?

Class counsel will ask the Court to approve payment of attorneys' fees and their out-of-pocket expenses. The fees would pay Class Counsel for investigating the facts, litigating the case, and negotiating the settlement. The Court may award less than these amounts.

Class Counsel will also ask the Court to approve incentive payments to the three Class Representatives for their services as Class Representatives and to twenty-one individuals who assisted with the case by responding to discovery requests from Defendants after they submitted Consent to Join FLSA Unpaid Wages Lawsuit forms.

7

# OBJECTING TO THE SETTLEMENT

### 16. How do I tell the Court that I don't like the settlement?

If you're a Class Member, you can object to the settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views.

You can ask the Court to deny approval by making an objection, but you can't ask the Court to order a different settlement. The Court can only approve or reject the proposed settlement. If the court denies approval, no settlement payments will be sent out and the lawsuit will continue.

To object, you must send a letter saying that you object to *Rodriguez Martinez v. Alpha Technologies Services, Inc.* Be sure to include your name, address, telephone number, your signature, and the reasons you object to the settlement. Mail or fax the objection to the address below postmarked no later than **April 21, 2020**:

> Solar Farm Class Counsel
> North Carolina Justice Center
> P.O. Box 28068
> Raleigh, NC 27611-8068
> Fax: (919) 856-2175

You may also object by attending the Court's fairness hearing described below.

### 17. What's the difference between objecting and excluding?

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# THE COURT'S FAIRNESS HEARING

### 18. When and where will the Court decide whether to approve the settlement?

The Court will hold a Fairness Hearing at **10:00 a.m.** on **May 15, 2020**, at the United States District Court for the Eastern District of North Carolina, 413 Middle Street, New Bern, NC. At this hearing the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Flanagan will listen to people who attend the hearing in order to object. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

8

### 19. Do I have to come to the hearing?

No. Class Counsel will represent the Class at the hearing and answer any questions Judge Flanagan may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

### 20. What happens if I do nothing at all?

If you do nothing, you will be included in the Settlement Class and you will agree to the Release of Claims, meaning you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants about the legal issues in this case, ever again. You will be eligible for a payment if the settlement is approved.

## GETTING MORE INFORMATION

### 21. Are there more details about the settlement?

This notice summarizes the proposed settlement. More details are in a Settlement Agreement which is available at HopeMillsSolar.com . You can get also get a copy of the Settlement Agreement by contacting Class Counsel at SolarFarmClassAction@ncjustice.org or by calling 1-866-415-1389.

### 25. How do I get more information?

You can call 1-866-4151389 toll free, write to Solar Farm Class Counsel, NC Justice Center, PO Box 28068, Raleigh, NC, 27611-8060, e-mail SolarFarmClassAction@ncjustice.org or visit the website at www.HopeMillsSolar.com, where you will find answers to common questions about the settlement, a change of address form, and other information. You can also contact the Settlement Administrator at 1-877-318-1027.

9

## CHANGE OF ADDRESS FORM

(Please write clearly)

Full name: _____

Current telephone numbers: _____

_____

Current address: _____

_____

Old address: _____

_____

E-mail address: _____

Name variations: _____

**Please send to:**

**Solar Farm Class Counsel**
**NC Justice Center**
**PO Box 28068**
**Raleigh, NC 27611-8068**
**Fax: 919-856-2175**
**Email: SolarFarmClassAction@ncjustice.org**

| | | |
|---|---|---|
| Aaron Gonzalez | Fernando Sauceda Huerta | Maria Hernandez |
| Aaron M. Lester | Filadeldo Hurtado | Maria Judith Chaves |
| Abad Mendez | Filemon Alvarado Chavez | Maria Nelly |
| Abel Lopez Santos | Filemon Cano Bello | Maria Pablo |
| Abram Ames | Flavia Perez | Maria Pineda Garcia |
| Abundio Macario | Flor Castaneda | Maria Ramirez |
| Adalila Ruano Quintero | Fortino Martinez | Maria Rios |
| Addison Rhoads | Francisco Bustamante | Maria Rosa |
| Adolfo Gomez Jimenez | Francisco J. Arcos | Maria Suyapa Velasquez |
| Adolfo Ibarra Martinez | Francisco Manuel Pedro | Maria Torres |
| Adrian Lopez | Francisco Perez Martinez | Maria Vitino |
| Adrian Vazquez | Francisco Rodriguez | Mariano Hernandez |
| Adriana Martinez | Francisco Roman Montijo | Mariano Manjivar Argueta |
| Agusto Jimenez Garcia | Frank J. Rivera Arzola | Mariano Mendez Galarza |
| Aide A. Lopez | Freddy Cardona | Maricela Vieyra |
| Aide Hernandez | Gabriel A. Cardenas | Mario Diego Esteban |
| AJ Tamez | Gabriel Villalon | Mario Perez |
| Alberto Morales | Gabriela Arias | Mario Perez Velasquez |
| Alder Velazquez | Gabriela Ezquivel | Mario Solano |
| Aldy Uvel Mendez | Gelacio Franco | Mark Chavis |
| Alejandra Sarmiento | Genaro Benitez III | Martha Garcia |
| Alejandro Leal | Geno Dickens | Martin Antonio Garay |
| Alejandro Melo Gonzalez | Geovani Quintanilla | Martin Arellano |
| Alejandro Oviedo | Gerardo Carmona Hernandez | Martin Carrillo Camara |
| Alejandro Regalado | Gerardo Celino Hilario | Martin Catalan |
| Alex Recinos | Gerardo Duran | Martin Lara |
| Alex Ruiz Hernandez | Gerardo Ramos | Martin Lopez Ortiz |
| Alex Z. Pagan Hernandez | Gerardo Rodriguez | Marvin Bynum |
| Alexis Novoa | Gerardo Sanchez Chavez | Marvin Pineda |
| Alfredo Ramirez Zuniga | Geremias Perez | Mateo Hernandez Lopez |
| Alfredo Santos | Gilberto Chaveria | Matthew Eubanks |
| Allan Locklear | Gilberto S. Lopez | Mauricio Suarez |
| Alonzo Tomas | Gleidy Gutierrez | Mauro Almanza Ortiz |
| Alonzo W. Jackson | Gloris M. Delgado Castro | Maximiliano Cruz Cortes |
| Alton Pratt | Gregory Battle | Melquiades Ancieto Hernandez |
| Alvaro Hernandez | Guadalupe Andres | Melvin Edwards |
| Alvaro Luis Padilla | Guarionex Matias | Melissa Jimenez Vasquez |
| Alvaro Navarro | Guillermo Mora Hernandez | Micaela Martin |
| Amanda Sanchez | Gustavo Castro | Micaela Miguel |
| Amalia Garcia | *Gustavo Islas Ramirez* | *Micaela Rico Alonso* |
| Amelia Medicza Hernandez | Hael H. Reyes | Miguel A. Alvarado |
| Amarilis Rodriguez | Hector Eduardo Pineda | Miguel A. Castaneda |
| Amelia Roblero | Hactor Ramirez Lopez | Miguel A. Garcia |
| Amita Silva | Hector Vaca | Miguel Alcocer Martinez |
| Ana Silva Martinez | Heleodoro Leon | Miguel Andraca |
| Andres Hernandez | Henry Tiguan Temaj | Miguel Cruz |
| Andres Jimenez | Heriberto Alvardo Carranza | Miguel D. Salas |

| | | |
|---|---|---|
| Andres Rivera | Heriberto Gonzalez | Miguel Gomez |
| Angel Alston | Heriberto Lopez Meza | Miguel Gomez Cruz |
| Angel Manuel Cerino | Hidel Hinojosa | Miguel Gomez Perez |
| Angel Ortiz | Hilda Hernandez Aguirre | Miguel Gonzalez |
| Angelica Cruz | Hugo Calix | Miguel Hernandez |
| Angelica Diego Francisco | Ignacio Guerrero | Miguel Marin |
| Anna M. Salas | Ildefonso Zuniga | Miguel Santiago |
| Anna Silvia Allende Real | Inocente Barrera | Miguel Verdo |
| Anselmo Diaz | Irene Lopez | Miguel Villa |
| Anthony D. Joyner | Irvin Hernandez Aponte | Milik Brake |
| Antoine Lyons | Irvin Y. Cruz | Misael Torres Ventura |
| Antonio Lozano | Irving Pizarro | Mitchell Berry |
| Antonio Perez | Isaiah Loclear | Mitchell D. Wegner |
| Antonio Quinta Sanchez | Isaias Garcia Sanchez | Morislav Muic |
| Antonio Rojo | Isidro Quinta Montano | Morris Worthington |
| Antonio Vazquez Hernandez | Ismael Davila | Mylin Segura |
| Antonio Ventura | Israel Delgado | Nancy Alambar |
| Araceli Aguilera | Israel Sanchez | Napoleon Oliva |
| Arguelio Hernandez | Israel Trejo | Nelson Roberto Juarez |
| Arleen Moreno | Ivette Reyes | Nelson S. Serrano Becerra |
| Armando Cardenas Marcial | Jaime Cruz | Nestor Garcia Duran |
| Armando Perez Diaz | Jaime Tetelcingo Jimenez | Neuder Gutierrez |
| Arnulfo Salazar | Jamelle Lopez | Neyser Sanchez |
| Arturo Garcia | James Lynch | Nicolas Jacob |
| Atenojenes Gonzalez | James Martinez | Nicolas Trejo Garcia |
| Asael Lopez Gomez | Ja'Queen Williams | Nicolas Turrubiates |
| Bartolo De Bartolo Martin | Jaritza M. Matos Santiago | Nicolas Villarreal |
| Baxilio Baxin | Javier Jimenez | Nidia P. Quintanilla Larios |
| Beatriz Maldonado | Javier S. Lopez Tapia | Noe Berduo |
| Belen Lopez Cantu | Javier S. Perez | Noe Mendez Gonzalez |
| Belen Ramirez Lopez | Javier Solis | Noel Gonzalez Colon |
| Benjamin Adjuntas | Javier Zamano | Nohemy Ralvedo |
| Bernarda Diaz | Jerry Ortega | Nuriela Jimenez |
| Bernardina Garcia Martinez | Jerson De Leon | Nygger Johnson |
| Bertha Velazquez | Jessica E. Nieves Garcia | Odalis Montes |
| Billy D. Burnette | Jesus A. Salinas | Olivar Gonzalez |
| Blas Segura | Jesus Benavides | Olmar Perez |
| Bonifacio Hernandez | Jesus M. Vazquez | Omar Ceja Cervantez |
| Brenda Sanchez | Jesus O. Gonzalez | Onique Onelus |
| Brigida Espinoza Gonzalez | Jesus Villafane | Orfa Madrid |
| Brijido Arrollo | Jesusa Jimenez | Oscar Bolanos |
| Bruno Nolasco Barrios | Joanna Caballero | Oscar Diaz |
| Camerino Sanchez | Joanna Nava | Oscar Rodriguez |
| Candelaria Andres | Joaquin Martinez Pena | Osmar Cautinio |
| Carbella Oxendine | Joe Black | Osmin Alvarez |
| Carino I. Cano Ramon | Joe Erick Yanez | Osmin Machado |
| Carlos Cotto Miranda | Joel Diaz Rosario | Pablo Gonzalez |

| | | |
|---|---|---|
| Carlos Garcia | Joel Martinez | Panfilo Rios Garcia |
| Carlos Gonzalez | Joel Rivera Melendez | Pascual Morales |
| Carlos Lopez | Joel Sierra Garcia | Pascual Tomas |
| Carlos M. Luna Hernandez | John Draughn | Patricia Lopez |
| Carlos Mendoza Herendez | John Mc Rainey | Paula Lopez |
| Carlos Morales | John Oxendine | Pedro Anaya |
| Carlos Ramirez | Jomel Rojas Gomez | Pedro Garcia Lopez |
| Carlos Rodriguez | Jonathan Mora Santiago | Pedro Ramirez |
| Carlota Cifuentes | Jorge Chavana | Pedro Rodriguez |
| Carmela Romero | Jorge Lopez | Pedro Rodriguez Martinez |
| Carmelio Hernandez | Jorge Lopez Farias | Pedro Vargas |
| Carmen Cruz | Jorge Perez Cruz | Perla Ortega |
| Carolina Victorino Acevedo | Jose A. Castillo Ramos | Perla Perez |
| Casandra De La Garza | Jose A. Rivera Rivera | Petronila Maldonado |
| Casildo Nivas De La Nosa | Jose Albero Garcia | Placida Vargas |
| Celia Jimenez Martinez | Jose Angel Briones | Purcell Jones |
| Cesar Georgana | Jose Camilo Gutierrez | Quantarioua Hammonds |
| Cesar Segura | Jose Canneon | Quion Suggs |
| Chris Handricks | Jose Cruz | Rafael A. Guzman |
| Christina Marin | Jose Dario Valera | Rafael Garcia Morales |
| Christine Palacios | Jose Garcia Briones | Rafael Mendez |
| Christine Valedri Sanchez | Jose Gonzales | Ramon Hilario |
| Cirila Cortez | Jose H. Osorio | Raul Basurto Molina |
| Cirilo Vasquez Guzman | Jose J. Lopez | Raul Guerrero |
| Cixto Perez Perez | Jose Juarez | Raul Marquez |
| Claudio De La Cruz Gonzalez | Jose L. Alvarado | Raul Velasquez |
| Clifton Wiggins | Jose Luis Bautista | Raymond Arce |
| Cody Montoya | Jose L. Espinoza | Raymond Rogers |
| Concepcion Juarez Ramirez | Jose L. Gallego | Reginald Alston |
| Consuelo Antonio Montiel | Jose L. Gonzalez | Reyna Lopez |
| Consuelo Hernandez Rosales | Jose Luis Lugo | Reynaldo Esquivel |
| Coray Taylor | Jose L. Romero | Ricardo A. Mejia Gonzalez |
| Crecencio Zurita Lopez | Jose M. Cisneros Romero | Ricardo Garcia |
| Cristian Jimenez Vazquez | Jose M. Gomez | Ricardo Rojo |
| Christian Lopez Perez | Jose M. Zelaya Padilla | Ricardo Tomas |
| Cristino Antonio | Jose Martinez | Rito R. Rivera Gonzalez |
| Cruz Zantiago Rivera | Jose Mateo Diaz | Robert Sharpe |
| Curtis Edwards | Jose Milton Andrade | Roberto Garcia Santiago |
| Dagoberto Hidalgo | Jose Oscar Castillo | Roberto Gomez |
| Damaris Isales Santiago | Jose Osorio Castillo | Roberto Sanchez |
| Damien L. Batts | Jose R. Padilla | Roberto Suares Jr |
| Dania Yojana Monroy | Jose Sanchez | Robinson Rochas |
| Daniel A. Zapata Padilla | Jose T. Padilla Pineda | Rocio D. Hernandez Valencia |
| Daniel Cruz | Jose Torres Camacho | Rodney Aytch |
| Daniel Gonzalez | Jose Ventura | Rodolfo Lopez |
| Daniel Locklear | Jose Villafane | Rodshid Staton |
| Daniel Muniz | Josefina Garcia | Rogelio Flores |

| | | |
|---|---|---|
| Daniel Perez Sanchez | Josue Orlando | Rogelio Romero Rios |
| Daniel Suarez | Josue Rivera | Rogelio Vazquez |
| Daniel Ventura | Jovani Dolean | Roger Garcia |
| Daquan M. King | Jovani Quintanilla | Rolando Mata |
| Dario Perez | Juan A. Marroquin | Roman Torrez |
| Dashawn Graham | Juan Antonio Rojas | Romeo Garcia Jimenez |
| David Alcala garcia | Juan C. Capote Ramirez | Romeo Pantoja |
| David Cano | Juan C. Echeverria | Ronald Sayls |
| David Chaves Santander | Juan C. Rodriguez Gonzalez | Rosalino Alegria Aguilar |
| David Coppedge | Juan C. Salgado | Ruben Alberto Serrano |
| David E. Locklear | Juan C. Valerio | Ruben Antonio Chiquillo |
| David Guzman | Juan Capote Bello | Ruben Olivares |
| David L. Skipper | Juan Carlos Cortez | Ruben Sanchez Guerrero |
| David Lopez | Juan De La Cruz | Ruben Sanchez Rodriguez |
| David Lopez Hernandez | Juan Elias | Rubi De Leon |
| David Medina | Juan Espinoza | Ruperto Aquino Montoya |
| David Sandoval | Juan Flores Martinez | Ryan Ayten |
| David Tetelcingo Capote | Juan Garcia | Salma Gonzalez |
| David Velasquez | Juan Hernandez | Salvador Lopez Cruz |
| Deborah Adorno | Juan J. Domingo | Samuel Alberto Velasquez Arita |
| Debra Balboa | Juan J. Salazar | Samuel Peres Ortiz |
| Debra J. Cox | Juan J. Sanchez | Samuel Walter |
| Delonte Barnes | Juan L. Gonzalez Ruiz | Samuel Yoc Vaca |
| Delycchio Lovett | Juan Mendez | Sandra Betina Padilla |
| Demetrius Peoples | Juan Perez Vargas | Sandra Vasquez Munos |
| Denis Mendes | Juan Riquelme | Sandy Rodriguez |
| Dennis Bass | Juan Tolentino Silva | Santos Lopez |
| Denver Lopez | Juan Xolo | Santos Salvador |
| Deondra M. Dancy | Juan Viyodas | Sarahi Franco |
| Derrell M. Bynum | Juana Recinos | Saul G. Gomez |
| Develry D. Locklear | Jubenal Victoria Mendez | Sebastian De La Cruz |
| Dewayne Blount | Jubentino Bernardo De Leon | Sebastian E. Perez Landaverde |
| Deysi Solis | Julia Hilario Salmeron | Selvin Cardona Bardales |
| Diana Cazarin | Julian Valdez | Sergio Bracamonte |
| Diego Hernandez | Julianny Kastano | Sergio Rico Lopez |
| Diego Lopez Vargas | Julio A. Sanchez | Seth E. Barnes |
| Diego I. Sanchez | Julio Angel Matus | Shannon Locklear |
| Dimetri Parham | Julio C. Segura Guerrero | Shelton Washington |
| Dionicio Hernandez Jose | Julio Rivera | Sherrod Joyner |
| Ditle Osmani Perez | Julio Torres | Silvia Castro Ramirez |
| Dixia Alejandra Guifarro | Junior Pavon | Silvia Hernandez |
| Domanique Brown | Justin Wellington | Simon Burroughs |
| Dominique Brasmall | Justo Velasquez | Sitlaly Mujica |
| Donald Holmes | Kalvin Parker | Sixto Aguilar |
| Dulce M. Santiago | Karen M. Peralta | Sujeit M. Ojeda Jara |
| Dynasty Brown | Karina Cruz | Taylor Bowers |
| Eddie Wiggins | Karla Godinez | Taylor Everett |

| | | |
|---|---|---|
| Edgar Brinsono | Kelly Barrios | Taylor Santa Cruz |
| Edgar Martinez | Kelvin N. Vega | Teodora Ventura |
| Edna D. Munoz Sanchez | Kendric Harper | Terry Strickland |
| Eduardo Alvarez Cortez | Kendrick Hanzy | Tiffany Goines |
| Eduardo Carmona | Kevin Baldwin | Timothy Moore |
| Eduardo Toledo Morales | Kevin Harrison | Tomas Juarez |
| Eduardo Zacarias Aguilar | Kevin Velazquez | Tomas Rojas |
| Edwin Rodriguez | Lazaro H. Cruz | Trasvis Danson |
| Edwing O. Villagran | Leiva Gonzalez | Travis Taylor |
| Efrain De Jesus Morales | Lenientrius Roach | Trell Salts |
| Elena Alegria Aguilar | Leobardo Sanchez | Tremaine Zewis |
| Elena M. Terrazas | Leon F. Guiterrez Gonzalez | Tygon Moore |
| Eli Medina | Leonardo Segura | Tyrell Battle |
| Elida Gomez | Leonel Villalobos | Tyrese Jones |
| Elida Mayans | Leonida Rodriguez | Tyrone Shackleford |
| Elida Ramirez | Leticia Morales | Ubencio Miguel Lopez |
| Elisco Cabrera | Librado Zavala | Undia Sharpe |
| Eliseo Santizo | Lidia M. Espinoza G | Valentin Antonio Ventura |
| Elizabeth Cantu | Lidia Mendez | Vartolo Rodriguez |
| Elmer Escobar Bravo | Lorena Alegria De La Cruz | Veronica L. Guajardo |
| Elmer Menjibar Argueta | Lorena Ayala | Veronica Mendez Sanchez |
| Elpidio L. Flores Avila | Lorenza Manuel Lopez | Veronica Patino |
| Emanuel De Jesus | Lorenza Webb | Vincente Ferrera |
| Emanuel Reyes Alamo | Lorenzo J. Regio | Vincente Mata |
| Emerson Fernandez Cruz | Lorenzo Mejia | Vincente Plato |
| Emiliano Mena | Lorenzo Williams | Victor Cabrera Cortez |
| Enemias Salas | Luis A. Morales | Victor Guerrero |
| Enrique Chacon | Luis Alberto Osoria | Victor M. Pedraza Tolentino |
| Epitacio Lozano Jimenez | Luis Gonzalez | Victor Marroquin |
| Eric E. Cox | Luis Gutierrez | Victor Perez Perez |
| Erich J. Laureano Morales | Luis Ibanes Nunes | Victor Rodriguez Lopes |
| Erick Lopez | Luis Lopez Velazquez | Vilmari Sanchez Nieves |
| Erick Yanez | Luis Pamano | Virginia Coronado Perez |
| Ernesto Vargas | Luis Valencia | Virginia Ventura |
| Esmeralda Avala | Luis Vazquez Diaz | Vitolio Abigail Coyoy |
| Esmeralda Hernandez | Luiz E. Velez | Wilbert Parks |
| Esmeralda Segura | Luz I. Cancino Macias | Wilder Gutierrez |
| Esteban Garcia | Luz Navarro | Wilfredo Rojas Colon |
| Esteban Lopez Cantu | Makoma Patahalla | Wilfried Fablus |
| Estela Escobar | Manrique Aparicio | Wilmer A. Rivera |
| Etelvina Escobar | Marco A. Mora Santiago | Wilson Marerro |
| Eugenio Patisian | Marco A. Vega Lopez | Xochilt E. Capote |
| Eulalio Velazquez | Marco Sanchez | Yadirah Zuleik |
| Eulogia Barrera | Marcos De Jesus Balderos | Yahaira Asevedo |
| Everardo Ponce | Marcos Gonzalez | Yahaira Cubano |
| Ezequiel Cruz | Marcos Perez | Yarelis Nievesen |
| Ezequiel Gonzalez | Marcus J. Tucker | Yary Juarez |

| Fabiola Godines | Margarito Cruz | Yener E. Florian Barillas |
|---|---|---|
| Feliciano Garcia | Maria Angelica Cantu | Yolanda Escalera |
| Felipe Villegas Garcia | Maria Cozorin Hernandez | Yolymar Saez |
| Felix Martinez | Maria Cruz | Yuridia Lopez Ensaldo |
| Felypa A Lopez | Maria Del Rocio Gonzalez | Zady Gonzalez |
| Fermin Salas | Maria E. Cortez Guerrero | Zaurnice King |
| Fernando Berdecia | Maria F. Lopez | Zuleika Gonzalez |
| Fernando Garza | Maria Gonzalez | Zulma Rivera |
| Fernando Martinez Sandoval | | |