IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:17-CV-628

| | |
|---|---|
| PEDRO RODRIGUEZ MARTINEZ, MATEO HERNANDEZ LOPEZ, and ELMER MENJIVAR ARGETA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALPHA TECHNOLOGIES SERVICES, INC., EAST CAROLINA COMMERCIAL SERVICES, LLC, SOLAR GUYS, INC., CESAR MENDOZA, and JORGE RAMOS,<br><br>    Defendants.<br>_____<br><br>ALPHA TECHNOLOGIES SERVICES, INC.,<br>    Crossclaim Plaintiff,<br><br>    vs.<br><br>SOLAR GUYS, INC.,<br><br>    Crossclaim Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Alpha Technologies Services, Inc. ("Crossclaim Plaintiff" or "Alpha Tech") hereby dismisses all crossclaims filed in the above action against Solar Guys, Inc.

Respectfully submitted this 15th day of May, 2020.

                               **MORNINGSTAR LAW GROUP**

                               */s/ Shannon R. Joseph*
Amie Flowers Carmack
NC State Bar No. 21970
Shannon R. Joseph
NC State Bar No. 22144
John T. Kivus
NC State Bar No. 42977
421 Fayetteville St, Suite 530
Raleigh, NC 27601
919-948-3849 (phone)
919-882-8890 (fax)
acarmack@morningstarlawgroup.com
sjoseph@morningstarlawgroup.com
jkivus@morningstarlawgroup.com

Harrison M. Gates
NC State Bar No. 43793
112 W. Main Street
Second Floor
Durham, NC 27701
919-590-0392 (phone)
919-882-8890 (fax)
hgates@morningstarlawgroup.com

Counsel for Alpha Technologies Services, Inc.

**STIPULATED AND AGREED TO:**

 */s/ Kathryn F. Abernethy*
Kathryn F. Abernethy
Hilary Harris Klein
The Noble Law Firm, PLLC
141 Providence Road, Suite 210
Chapel Hill, NC 27514
katie.abernethy@thenoblelaw.com
HKlein@thenoblelaw.com
*Counsel for Solar Guys, Inc. & Jorge Ramos*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Clermont F. Ripley
    Carol L. Brooke
    NORTH CAROLINA JUSTICE CENTER
    P.O. Box 28068
    Raleigh, NC 27611
    clermont@ncjustice.org
    carol@ncjustice.org
    *Attorneys for Plaintiffs*

    Dhamian A. Blue
    Blue LLP
    205 Fayetteville Street, Suite 300
    Raleigh, NC, 27601
    dab@bluellp.com
    *Attorney for Plaintiffs*

    R. Daniel Boyce
    Nexsen Pruet, PLLC
    4141 Parklake Ave., Suite 200
    P. O. Box 30188
    Raleigh, NC 27612
    dboyce@nexsenpruet.com
    *Counsel for East Carolina Commercial Services, LLC & Cesar Mendoza*

    William H. Floyd, III
    Nexsen Pruet, LLC
    1230 Main Street, Suite 700
    Columbia, SC, 29201
    wfloyd@nexsenpruet.com
    *L.R. 83.1 Special Appearance Counsel to ECCS Defendants*

    Kathryn F. Abernethy
    Hilary Harris Klein
    The Noble Law Firm, PLLC
    141 Providence Road, Suite 210
    Chapel Hill, NC 27514
    katie.abernethy@thenoblelaw.com
    HKlein@thenoblelaw.com
    *Counsel for Solar Guys, Inc. & Jorge Ramos*

**MORNINGSTAR LAW GROUP**

 */s/ Shannon R. Joseph*
Shannon R. Joseph

*Counsel for Alpha Technologies Services, Inc.*